JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Briana Monserat Gonzalez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Martin O'Malley, Commissioner of Social Security[1],<br><br>　　　　Defendant. | Case No. 1:23-cv-01611-NODJ-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 6, 2024 to April 5, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of March 4, 2024 and March 11, 2024, Counsel has seventeen merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 29, 2024   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff

Dated: February 29, 2024   PHILLIP A. TALBERT
   United States Attorney
   MATHEW W. PILE
   Associate General Counsel
   Office of Program Litigation
   Social Security Administration

By:  *\*/s/ Edmund J. Darcher*
   Edmund J. Darcher
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on _ February 29, 2024)

2

## ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __**February 29, 2024**__                    _____**/s/ Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE