DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Briana Monserat Gonzalez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Martin O'Malley, Commissioner of Social Security[1],<br><br>　　　　Defendant. | Case No. 1:23-cv-01611-WBS-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from April 5, 2024 to April 8, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time  Good cause exists for this extension requested so close to the deadline. Undersigned Counsel suffers from migraines and today developed a debilitating migraine. As a result, today Counsel underwent testing at Stanford.  Counsel was unable to continue working on the assigned briefs due to the pain. Counsel requests a short extension of three (3) days to recover from the effects of the migraine. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 5, 2024         PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: April 5, 2024         PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7


By:  \*/s/ Edmund J. Darcher
Edmund J. Darcher
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on April 5, 2024)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: **April 5, 2024**                             **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE