# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANN MONSERAT GONZALEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:23-cv-01611-WBS-GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, REMANDING FOR FURTHER PROCEEDINGS, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 20, 22, 24) |

      Plaintiff initiated this action by filing a complaint for judicial review of the administrative decision denying his application for Social Security benefits. (Doc. 1.). The matter was fully briefed. (Doc. 20, 22, 24). The magistrate judge entered Findings and Recommendations to direct entry of judgment in Plaintiff's favor and remand for further proceedings. (Doc. 24). The Findings and Recommendations advised that objections were due within 14 days thereof (L.R. 304(b)) and that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). No objections to the Findings and Recommendations we filed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

1

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 24) are **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (Doc. 20) is **GRANTED.**
3. The Commissioner's request to affirm (Doc. 22) is **DENIED.**
4. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Findings and Recommendations.
5. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant Commissioner of Social Security.

Dated:  September 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE